IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01561-RPM

DANNY GLOVER,

    Plaintiff,

v.

DCP MIDSTREAM GP, LLC,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION TO COMPEL DISCOVERY

---

After consideration of defendant's Motion to Compel Discovery Pursuant to Fed.R.Civ.P. 37)d)(1)(A), filed December 7, 2011 [12] and the plaintiff's Response filed December 20, 2011 [13], it is

ORDERED that the motion is denied.

Dated: December 20th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge